1  Sharon E. Duggan, CSB # 105108
   Law Offices of Sharon E. Duggan
2  370 Grand Avenue, Suite 5
   Oakland, CA 94610
3  (510) 271-0825 telephone
   (510) 271-0829 facsimile
4  Internet e-mail address foxsduggan@aol.com

5  Erin Madden, OSB # 04468
   Attorney at Law
6  917 SW Oak Street Suite 914
   Portland, Oregon 97205
7  (503) 796-7811 telephone
   (503) 296-2973 facsimile
8  Internet e-mail address erin@kswild.org

9  Attorneys for Plaintiffs

10 McGREGOR W. SCOTT
   United States Attorney
11 EDMUND F. BRENNAN
   E. ROBERT WRIGHT
   Assistant United States Attorney
12 501 I Street Suite 10-100
   Sacramento, CA 95814
13 (916) 554-2702
   Internet e-mail address e.robert.wright@usdoj.gov

14

15 Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENVIRONMENTAL PROTECTION AND INFORMATION CENTER**, a California nonprofit corporation; and **KLAMATH-SISKIYOU WILDLANDS CENTER,** an Oregon nonprofit corporation,<br><br>            Plaintiffs,<br>v.<br><br>Jack **BLACKWELL**, in his official capacity as Regional Forester for the Southwest Pacific Region of the United States Forest Service; Margaret **BOLAND**, in her official capacity as Forest Supervisor for the Klamath National Forest; and **UNITED STATES FOREST SERVICE**,<br><br>            Defendants. | Civil No. Civ-04-1027 WBSGGH<br><br>CORRECTED STIPULATION OF THE PARTIES TO CONTINUE THE HEARING DATE FOR THE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS; [PROPOSED] ORDER |

Stipulation of the Parties to Continue Hearing Date; [Proposed] Order
Case No .Civ-04-1027 WBS/GGH                                                                 1

The Plaintiffs Environmental Protection Information Center and the Klamath-Siskiyou Wildlands Center, and Defendants Jack Blackwell, in his official capacity as Regional Forester for the Southwest Pacific Region of the United States Forest Service, Margaret Boland, in her official capacity as Forest Supervisors for the Klamath National Forest, and the United States Forest Service, by and through their respective counsel stipulate as follows:

WHEREAS the Plaintiffs' have filed a Motion for Attorneys' Fees and Costs, which is set for hearing on December 12, 2005 at 1:30 p.m.;

WHEREAS the parties wish to extend the motion hearing date as they are in the settlement discussions to resolve the motion and believe it is appropriate to allow additional time to complete settlement discussions; and

WHEREAS, the parties respectfully request that the Court extend the motion hearing date to allow the parties to complete settlement discussions;

THEREFORE THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, STIPULATE AS FOLLOWS:

The parties agree to and request that the Court continue the December 12, 2005 hearing date for the Plaintiffs' Motion for Attorneys' Fees and Costs to January 23, 2006 at 1:30 p.m.

DATED: November 22, 2005          /s/ Sharon E. Duggan
                                  Sharon E. Duggan
                                  Attorney for Plaintiffs


DATED: November 22, 2005          /s/ E. Robert Wright
                                  E. ROBERT WRIGHT
                                  Assistant U. S. Attorney
                                  Attorneys for Defendants

**ORDER**

The parties having so stipulated, the hearing date on the Plaintiffs' Motion for Attorneys' Fees and Costs, currently set for December 12, 2005 at 1:30 p.m., is continued to January 23, 2006 at 1:30 p.m.

DATED:   November 22, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation of the Parties to Continue Hearing Date; [Proposed] Order
Case No .Civ-04-1027 WBS/GGH

3